**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**JEREMIAH YOUNG-FLYNN**

**ORDER**

VS

**CV 03-3434  (JG)**

**MARTIN HORN, ET AL**

-------------------------------------------------------X

A hearing will be held in the captioned case on ___November 18, 2005 at 9:30 a.m.___

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-260-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson
JOHN GLEESON, U.S.D.J.

Dated: October 12, 2005
  Brooklyn, New York