UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEREMIAH YOUNG-FLYNN,

                Plaintiff,

-against-

MARTIN HORN, et al.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
03-CV- 3434 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 3 0 2005 ★
**BROOKLYN OFFICE**

An Order of Honorable John Gleeson, United States District Judge, having been filed on December 28, 2005, granting defendants' motion for summary judgment with respect to plaintiff's claim of deliberate indifference to his serious medical needs; dismissing the remaining claims as settled; and directing that plaintiff may renew the claim based on the loss of his ring if the $500.00 in settlement funds is not forwarded to him within 60 days; it is

ORDERED and ADJUDGED that defendants' motion for summary judgment is granted with respect to plaintiff's claim of deliberate indifference to his serious medical needs; that the remaining claims are dismissed as settled; and that plaintiff may renew the claim based on the loss of his ring if the $500.00 in settlement funds is not forwarded to him within 60 days.

Dated: Brooklyn, New York
        December 30, 2005

                                      Robert C. Heinemann
                                      Clerk of Court

                             By: s/Terry Vaughn
                                      Terry Vaughn
                                      Chief Deputy for
                                      Court Operations